UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ROY BRADLEY LANG, III,** | : | Civil Action No. 06-2500(FLW) |
| Plaintiff, | : | |
| v. | : | **O R D E R** |
| **VONAGE HOLDINGS CORP., et al.,** | : | |
| Defendants. | : | |

This matter comes before the Court upon Motion by Movant Centurion Securities LLC ("Movant") to admit Lawrence J. Lederer, Esquire, and Merrill G. Davidoff, Esquire, [Docket Entry # 39], returnable November 6, 2006, to the bar of this Court *pro hac vice*; and the Court noting that this case was terminated on September 7, 2006 pursuant to the voluntary dismissal of Plaintiff Roy Bradley Lang, III.  (See Docket Entry # 36); and the Court finding that because the case was terminated  Movant's motion is moot; and good cause having been shown;

IT IS on this 10th day of January, 2007,

ORDERED that Movant's Motion for Leave to Appear Pro Hac Vice [Docket Entry # 39] is Dismissed as Moot.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *John J. Hughes*　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　**JOHN J. HUGHES**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**